

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00418-CV

———————————————

IN RE V.A., Relator

———————————————

Original Proceeding
Trial Court No. 18-6662-16

———————————————

Before Sudderth, C.J.; Kerr and Pittman, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's Petition for Writ of Habeas Corpus and Emergency Motion for Return of Child and is of the opinion that relief should be denied. Accordingly, relator's Petition for Writ of Habeas Corpus and Emergency Motion for Return of Child is denied.

Per Curiam

Delivered: December 27, 2018